## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Village of Melrose Park, et al.

Plaintiff,

v.                                                      Case No.: 1:18–cv–05288
                                                        Honorable John Z. Lee

McKesson Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 10, 2018:

MINUTE entry before the Honorable John Z. Lee:The Court grants Defendant McKesson's motion to stay the proceedings pending likely transfer to MDL 2804 [15], grants Defendants' motions for extension of time to answer or otherwise respond [13][17], and grants Plaintiffs' motion for leave to file excess pages [22]. The U.S. Judicial Panel on Multidistrict Litigation (JPML) has conditionally transferred this case to MDL 2804. See CTO–49. Preliminary assessment of the jurisdictional issues suggest that they are legally and factually difficult and that the issues are precisely the same as those being litigated in other cases that have already been transferred to the MDL, see, e.g., MDL 2804, ECF No. 807. Were this Court to rule on the motion to remand, there would be a likelihood of inconsistent results. Furthermore, the JPML has determined that centralization of opioid litigation is proper due to common questions of fact and that transfer should not be delayed pending rulings on remand motions. See In re. Nat'l Prescription Opiate Litig., 290 F. Supp. 3d 1375, 1378–79 (J.P.M.L. 2017). On balance, the slight delay in Plaintiffs' obtaining a ruling on their motion to remand is outweighed by the interests in judicial economy and the prejudice caused by potentially inconsistent results. Accordingly, the Court stays the case pending the transfer of this case to the MDL. Plaintiffs' motion to remand [19] remains pending for decision by the MDL judge. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.